**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Tiffany Carter and John Doe, Defendants,

Of whom Tiffany Carter is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2023-000717

---

Appeal From Lancaster County
Debra A. Matthews, Family Court Judge

---

Unpublished Opinion No. 2023-UP-336
Submitted October 19, 2023 – Filed October 20, 2023

---

**AFFIRMED**

---

Melinda Inman Butler, of The Butler Law Firm, of Union, for Appellant.

Tracy L. Bomar-Howze, of The Howze Law Firm, of Rock Hill, and Angela Michelle Killian, of South Carolina Department of Social Services, of Lancaster, both for Respondent.

Harry A. Hancock, of Columbia, for the Guardian ad Litem.

———————

**PER CURIAM:**  Tiffany Carter appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Carter's counsel.

**AFFIRMED.**[1]

**MCDONALD and VINSON, JJ., and BROMELL HOLMES, A.J., concur.**

———————

[1] We decide this case without argument pursuant to Rule 215, SCACR.